IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RUSSELL STONE                   :

                                :

                                :
              vs.                      Civil Action No. 02-6563
                                :

                                :
UNITED STATES OF AMERICA
and DR. NATASHA MIRZA           :


**PLAINTIFF, RUSSELL STONE'S MOTION TO
AMEND PLAINTIFF'S COMPLAINT**

    Plaintiff, Russell Stone, by and through his attorney, Milton J. Frank, Esquire, hereby requests this Court to permit Plaintiff to amend his Complaint.

    The basis for this Motion is more fully set forth in the accompanying memorandum of law.


MILTON FRANK & ASSOCIATES


BY:_____
    MILTON J. FRANK, ESQUIRE
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RUSSELL STONE                    :

                                 :

                                 :
            vs.                       Civil Action No. 02-6563
                                 :

                                 :
UNITED STATES OF AMERICA
and DR. NATASHA MIRZA            :


## PLAINTIFF, RUSSELL STONE'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Plaintiff filed a Complaint in this matter on or about August 2, 2002. Defendant has filed an Answer and a Motion to Dismiss Plaintiff's Complaint against Dr. Natasha Mirza on or about October 8, 2002. In Defendant's Answer and Motion to Dismiss, Defendant pointed out that Plaintiff had mistakenly given the wrong doctor's name as to who performed the surgery on the Plaintiff on or about August 30, 2002. Therefore, Plaintiff wishes to amend his Complaint to make it clear as to the procedure by which Plaintiff feels he was injured.

Plaintiff's counsel has discussed this matter with K. T. Tomlinson, Esq., attorney for Defendant, United States of America, and she has indicated that she would not oppose any Motion to Amend the Complaint.

Therefore, Plaintiff has attached to this Motion as Exhibit

"A", a copy of the amended Complaint, which it intends to file if the Court so approves the amendment.

The amendment will not prejudice the Defendant or any other party or delay this matter in any way. Defendant has previously been advised of this claim by a claim for damage, injury or death form which was filed by Plaintiff's previous counsel on or about January 25, 2001, and which contained the accurate information as to the matter by which the Plaintiff claims to have been injured and is complaining about. A copy of that form is attached hereto as Plaintiff's Exhibit "B".

Therefore, Plaintiff requests this Honorable Court to execute the attached Order permitting Plaintiff to amend Plaintiff's Complaint as stated in this Motion.

MILTON FRANK & ASSOCIATES


BY: _____
    MILTON J. FRANK, ESQUIRE
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RUSSELL STONE                    :

                                 :

                                 :
                vs.              :        Civil Action No. 02-6563
                                 :

                                 :
UNITED STATES OF AMERICA
and DR. NATASHA MIRZA            :


**<u>ORDER</u>**


        AND NOW, this _____ day of _____, 2002, upon
consideration of Plaintiff's Motion to Amend the Complaint, it is
hereby ORDERED and DECREED, that Plaintiff may file the Amended
Complaint as attached to Plaintiff's Motion to Amend the Complaint.




                        _____
                                                     J.