IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL STONE | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-cv-6563 |
| UNITED STATES OF AMERICA | | |

**O R D E R**

AND NOW, this    day of October, 2002, upon consideration of the Motion of Defendant to Dismiss Plaintiff's Complaint Against Natasha Mirza, **IT IS HEREBY ORDERED** that the Defendant's Motion is DENIED AS MOOT. The Plaintiff's Amended Complaint, filed October 22, 2002, does not include Natasha Mirza as a named party.

BY THE COURT:

_____
Legrome D. Davis, Judge

civil-o.frm (9/97)